**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>ELIZABETH WALLS<br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, ET AL.,<br>Defendants. | **MDL NO. 16-2738 (FLW) (LHG)
JUDGE FREDA L. WOLFSON
MAG. JUDGE LOUIS H. GOODMAN**<br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No. 3:21-cv-774<br><br>DIRECT FILED ACTION |

## SHORT FORM COMPLAINT AND JURY DEMAND

The Plaintiff(s) named below file(s) this *Short Form Complaint and Demand for Jury Trial* against Defendants named below by and through the undersigned counsel. Plaintiff(s) incorporate(s) by reference the allegations contained in *Plaintiffs' Master Long Form Complaint* in *In re: Talcum Powder Products Marketing, Sales Practices, and Products Liability Litigation,* MDL No. 2738 in the United States District Court for the District of New Jersey. Plaintiff(s) file(s) this Short Form Complaint as permitted by Case Management Order No. 1 of this Court.

In addition to those causes of action contained in *Plaintiffs' Master Long Form Complaint,* where certain claims require specific pleadings and/or amendments, Plaintiff(s) shall add and include them herein.

# IDENTIFICATION OF PARTIES

**Identification of Plaintiff(s)**

1. Name of individual injured due to the use of talcum powder product(s):

   ELIZABETH WALLS

2. At the time of the filing of the specific case, Plaintiff(s) is/are a citizen of

   GREENWOOD, INDIANA

3. Consortium Claim(s): The following individual(s) allege damages for loss of consortium: ELIZABETH WALLS

4. Survival and/or Wrongful Death Claims:

   Name and residence of Decedent Plaintiff when she suffered the talcum powder product(s) related death: N/A

5. Plaintiff/Decedent was born on October 7, 1941 and died on N/A.

6. Plaintiff is filing this case in a representative capacity as the  N/A  _____ of the _____, having been duly appointed as the _____ by the _____Court of _____.

7. As a result of using talcum powder products, Plaintiff/Decedent suffered personal and economic injur(ies) that are alleged to have been caused by the use of the products identified in Paragraph 16 below, but not limited to, the following:

    __X__ injury to herself

    _____ injury to the person represented

    _____ wrongful death

    _____ survivorship action

   __X_ economic loss

   _____ loss of service

   __X__ loss of consortium

   _____ other: _____

**Identification of Defendants**

8. Plaintiff(s)/Decedent Plaintiff(s) is/are suing the following Defendant(s) (please check all that apply)[1]:

   __X___ Johnson & Johnson

   __X___ Johnson & Johnson Consumer, Inc.

   _____ Imerys Talc America, Inc.

   _____ Personal Care Products Council ("PCPC")

**Additional Defendants:**

   _____ Other(s) Defendant(s) (please specify) _____

## JURISDICTION & VENUE

**Jurisdiction:**

9. Jurisdiction in this Short Form Complaint is based on:

   __X___ Diversity of Citizenship

   _____ Other (The basis of any additional ground for jurisdiction must be plead in sufficient detail as required by the applicable Federal Rules of Civil Procedure).

---

[1] If additional Counts and/or Counts directed to other Defendants are alleged by the specific Plaintiff(s) as to whom this *Short Form Complaint* applies, the specific facts supporting these allegations must be pleaded by the Plaintiff(s) in a manner complying with the requirements of the Federal Rules of Civil Procedure, and the Defendants against whom they are alleged must be specifically identified on a separate sheet of paper attached to this *Short Form Complaint*.

**Venue:**

10. District Court(s) and Division (if any) in which venue was proper where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court and to where remand could be ordered by the Judicial Panel for trial:

    U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA, INDIANAPOLIS DIVISION

## CASE SPECIFIC FACTS

11. Plaintiff(s) currently reside(s) in (City, State):

    GREENWOOD, INDIANA

12. At the time of Plaintiff's/Decedent's diagnosis with a talcum powder product(s) injury, Plaintiff/Defendant resided in (City, State):

    GREENWOOD, INDIANA

13. The Plaintiff/Decedent was diagnosed with a talcum powder product(s) injury in (City/State): GREENWOOD, INDIANA on FEBRUARY 2017.

14. To the best of Plaintiff's knowledge, Plaintiff began using talcum powder product(s) on or about the following date: 1962 and continued the use of talcum powder product(s) through about the following date: JANUARY 2017.

15. The Plaintiff/Decedent purchased talcum powder product(s) in the following State(s):

    INDIANA

16. Plaintiff/Decedent used the following talcum powder products:

        __X__ Johnson & Johnson's Baby Powder

        _____ Shower to Shower

## CAUSES OF ACTION

17. Plaintiff(s) hereby adopt(s) and incorporate(s) by reference the *Master Long Form Complaint and Jury Demand* as if fully set forth herein.

18. The following claims and allegations asserted in the Master *Long Form Complaint and Jury Demand* are herein adopted by reference by Plaintiff(s):

   \_\_\_\_\_ Count I: Products Liability - Strict Liability-Failure to Warn (Against Imerys Talc)

   \_\_X\_\_\_ Count II: Products Liability- Strict Liability- Failure to Warn (Against the Johnson & Johnson Defendants)

   \_\_\_\_\_ Count III: Products Liability- Strict Liability- Defective Manufacturer and Design (Against Imerys Talc)

   \_\_X\_\_\_ Count IV: Products Liability - Strict Liability - Defective Manufacturer and Design (Against the Johnson & Johnson Defendants)

   \_\_X\_\_\_ Count V: Breach of Express Warranties (Against the Johnson & Johnson Defendants)

   \_\_X\_\_\_ Count VI: Breach of Implied Warranty of Merchantability (Against the Johnson & Johnson Defendants)

   \_\_X\_\_\_ Count VII: Breach of Implied Warranty of Fitness for a Particular Purpose (Against the Johnson & Johnson Defendants)

   \_\_\_\_\_ Count VIII: Negligence (Against Imerys Talc)

   \_\_X\_\_\_ Count IX: Negligence (Against the Johnson & Johnson Defendants)

   \_\_\_\_\_ Count X: Negligence (Against PCPC)

   \_\_X\_\_\_ Count XI: Negligent Misrepresentation (Against the Johnson & Johnson Defendants)

   \_\_X\_\_\_ Count XII: Fraud (Against the Johnson & Johnson Defendants)

   \_\_\_\_\_ Count XIII: Fraud (Against PCPC)

__X___ Count XIV: Violation of State Consumer Protection Laws of the State of **INDIANA** (Against Johnson & Johnson Defendants).

_____ Count XV: Fraudulent Concealment (Against Imerys Talc)

__X___ Count XVI: Fraudulent Concealment (Against the Johnson & Johnson Defendants)

_____ Count XVII: Fraudulent Concealment (Against PCPC)

__X___ Count XVIII: Civil Conspiracy (Against All Defendants)

__X___ Count XIX: Loss of Consortium (Against All Defendants)

__X___ Count XX: Punitive Damages (Against All Defendants)

__X___ Count XXI: Discovery Rule and Tolling (Against All Defendants)

_____ Count XXII: Wrongful Death (Against All Defendants)

_____ Count XXIII: Survival Action (Against All Defendants)

_____ Furthermore, Plaintiff(s) assert(s) the following additional theories and/or State Causes of Action against Defendant(s) identified in Paragraph nine (9) above. If Plaintiff(s) includes additional theories of recovery, to the extent they require specificity in pleadings, the specific facts and allegations supporting these theories must be pied by Plaintiff(s) in a manner complying with the requirements of the Federal Rules of Civil Procedure. _____

**WHEREFORE,** Plaintiff(s) pray(s) for relief and judgment against Defendants of compensatory damages, punitive damages, interest, costs of suit, and such further relief as the Court deems equitable and just, and as set forth in the Master Long Form Complaint as appropriate.

## **JURY DEMAND**

Plaintiff(s) hereby demand a trial by jury as to all claims in this action.

Dated: January 14, 2021

Respectfully Submitted by,

WAGNER REESE, LLP

*/s/ Jeff S. Gibson*
Jeff S. Gibson, Atty. No. 22362-49
WAGNER REESE, LLP
11939 North Meridian Street
Carmel, IN  46032
Telephone: (317) 569-0000
Fax: (317) 569-8088
Email: JGibson@WagnerReese.com